

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-14-00792-CV

**BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE**,
Appellant

v.

Frank **HERNANDEZ**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-14755
Honorable Laura Salinas, Judge Presiding

## O R D E R

The reporter's record was originally due on November 24, 2014. The court reporter has filed a notification of late record stating the reporter's record was not filed because appellant has not requested a reporter's record. If appellant desires a reporter's record to be filed in this appeal, it must request that a reporter's record be prepared. *See* TEX. R. APP. P. 34.6(b)(1).

Accordingly, if appellant desires a reporter's record, it is hereby ORDERED to (1) request in writing, no later than January 16, 2015, that a reporter's record be prepared and (2) designate in writing, no later than January 16, 2015, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than January 16, 2015.

It is further ORDERED that appellant provide written proof to this court no later than January 16, 2015 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).



Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2014.

Keith E. Hottle
Clerk of Court